(112 So. 667)

No. 28511.

### STATE v. LEON DILIBERTO.

April 25, 1927.

Appeal from Criminal District Court, Parish of Orleans; J. Arthur Charbonnet, Judge.

Richard A. Dowling, of Orleans, for appellant.

Percy Saint, Atty. Gen., Eugene Stanley, Acting Dist. Atty. and· Sp. Asst. Atty. Gen., and Neils F. Hertz, Asst. Dist. Atty. and Sp. Asst. Atty. Gen., both of New Orleans, for the State.

ST. PAUL, J. Defendant was convicted of having stolen property in his possession knowing it to be stolen.

The record contains neither bill of exception nor assignment of errors; and we perceive no error patent on the face of the record.

The judgment appealed from is therefore affirmed.